MEYER PESIN *ET AL.*, PLAINTIFFS-PETITIONERS, v. CHARLES S. WITKOWSKI, *ET AL.*, DEFENDANTS-RE-SPONDENTS.

See same case below: 56 *N. J. Super.* 480.

*Mr. Isadore Glauberman* for the petitioners.

*Mr. John Milton* and *Mr. John J. Hanlon, Jr.,* for the respondents.

October 19, 1959.   Granted.

MEYER PESIN *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CHARLES S. WITKOWSKI *ET AL.*, DEFENDANTS-PETI-TIONERS.

See same case below: 56 *N. J. Super.* 480.

*Mr. John Milton* and *Mr. John J. Hanlon, Jr.,* for the petitioners.

*Mr. Isadore Glauberman* for the respondents.

October 19, 1959.   Granted.